CHARLES C. FENNO et al., as Trustees in Bankruptcy of JAMES KEARNS, JR., Respondents, *v.* YONKERS NATIONAL BANK & TRUST COMPANY, INC., Appellant.

(Argued June 6, 1934; decided July 3, 1934.)

*Paul L. Bleakley* and *Gerald Nolan* for appellant.

*A. P. Bachman, Henry R. Barrett, Jr., James Taylor Lewis* and *Henry R. Barrett* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.